# **EXHIBIT 1**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-429-889**

**Effective Date of Registration:**
December 10, 2024
**Registration Decision Date:**
January 27, 2025

---

## Title

**Title of Work:** Impressionist Canvas Print

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** May 17, 2015
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Nicolette Rahner
  **Pseudonym:** Niky Rahner
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Nicolette Rahner
39 Lake Hanna st, Palm Lakes Estate, Umhlali, 4390, South Africa

## Rights and Permissions

**Name:** Nicolette Rahner
**Email:** nikyrahner@gmail.com
**Address:** 39 Lake Hanna st
Palm Lakes Estate
Umhlali 4390 South Africa

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-429-887**

**Effective Date of Registration:**
December 10, 2024

**Registration Decision Date:**
January 27, 2025

---

## Title

**Title of Work:** Acrylic Painting Art Print

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** May 17, 2015
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Nicolette Rahner
  **Pseudonym:** Niky Rahner
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Nicolette Rahner
39 Lake Hanna st, Palm Lakes Estate, Umhlali, 4390, South Africa

## Rights and Permissions

**Name:** Nicolette Rahner
**Email:** nikyrahner@gmail.com
**Address:** 39 Lake Hanna st
Palm Lakes Estate
Umhlali 4390 South Africa

## Certification

**Name:** David Denholm

Page 1 of 2

