IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLETTE RAHNER,<br><br>Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>Defendants. | Civil Action No. 25-cv-1560<br><br>(Judge Cercone) |

**CERTIFICATE OF SERVICE FOR: (1) TEMPORARY RESTRAINING ORDER, AND (2) NOTICE OF SHOW CAUSE HEARING**

I, Stanley D. Ference III, hereby certify as follows:

1. I am over eighteen (18) years of age and not a party to this action. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to attest to the matters stated herein. I have personal knowledge of every statement made in this Certificate of Service and such statements are true and correct.

2. I am an attorney with the law firm of Ference & Associates LLC, which is located at 409 Broad Street, Pittsburgh, Pennsylvania 15143.

3. I am an attorney for the Plaintiff in the above-captioned case.

4. As of November 4, 2025, the Summons, Complaint, Temporary Restraining Order, Notice of Show Cause Hearing, Discovery, and all the filings in this matter ("all papers of record") were posted on Plaintiff's designated website on www.ferencelawsuit.com.

5. On that November 12, 2025, Plaintiff attempted to accomplish alternative service of "all papers of record" on all the Chinese Defendants.

- 2 -

6.   As of November 12, 2025, all Chinese Defendants were confirmed served.

Executed this 4th of December, 2025, at Pittsburgh, Pennsylvania.

      /s/Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899

courts@ferencelaw.com
FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile
Attorneys for Plaintiff