# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLETTE RAHNER, <br><br> Plaintiffs, <br> v. <br><br> THE INDIVIDUALS, BUSINESS ENTITIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,", <br><br> Defendants. | Civil Action No. <br><br> 25-cv-01560 <br><br> (Judge Cercone) |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s) JEATHA, JEYPINMI, Bingzw, Pukanrt, MASHUANGYHG, Andongnywell, Swolin, ⭐⭐⭐⭐⭐ Amober, Guozefu, LPIGOH Online Store, RTTUIOP (Clearance Sales Today Deals), YCW231212, New Year Deals-WJDNHKYD, FULILYEO-7-20 Days Delivery, AAZJSS, UDAUDU ➤6-12 days↘, ShiNingXinXi, YUedda, HTHLVMD Clothing Store, Lightning Deals of Today Prime(JINFFVB), RALUEMID7-14 DAYS FAST SHIPPING, JXKIKOZE ➤6-12 days, JUASFKGA, ZWSPTO-US, OSMUAL, Fashion Clothing Store ➤6-12 Days, Stutye, NAMTYQX 2025 Spring Fashion Sale ➤6-12 days↘, MABUTINGTI New Year's Sale, UOFOCO, HZEY, HYYGOCCTV, NJKHMCFTIR, Loyalty_001, Kanjinrui Trading, Tang jian

Deal of the Day Clearance, Fast delivery within 5-10 days Koda Co., Ltd., Nagub, JMUHNGB, COTECRAM, hengdingfu, XYQLJL, DOLKFU Direct, YUANZHIQUAN, hlysgo Direct, GAANBODI Spring Sale 2025, Vifucz. WCYsjnx, ZQGJB, SenZhenFeng, simplmasygenix, ibuvkizy, PengYanTe, Taylonsss, mihongmao, KkSLirnhs, jimlbj, ChuanMeiTa, GaThRRgYP, Li-Yi Cheng E-commerce Co., Homenesgenics, mingweixidian, JINMGG, BinBiL, hoksml, Via Clearance, jsaierl, XWSHYW Clothes Ltd, wycnly clothing Co., Ltd, hgsbede, SELONE, Yardsong, ABPWLY, OKBOP, YuanDaKe, JSKUMAR TRENDING CLOTHES, Busydd, VKEKIEO Women's Savings, Caixun. pimelu clothes store, Sentmoon Flash Deals Clearance, Cozy Style ZZwxWA, SEMPAI, AXXD Women's Fashion House, ZGXYR Co.Ltd, Wyongtao Fashion Style, XFkager, NUIgan INC, Panties for Women, Cavosen Clothes, ChangSha Lizhi LLC, Fashion Clothing 2025, Naughtyhood Co.Ltd, TIHLMK, FRSASU Clearance, DDAPJ pyju Spring Fashion, BONIXOOM underwear clearance, TaYanLan, CCC, MLQIDK, TWZH LLC, Gosuguu, Lilgiuy Fashion Saving, Lindreshi, Teissuly Direct, CF TQWQT, JinHeFang, WXLWZYWL, Quealent, FumzgaYe Store, Jijuged Clothing, BOBOGOJP, JDEFEG Clothing, Honeeladyy, Kiplyki, Floleo, Oalirro, Apmemiss (USA), qipopiq, KIHOUT Store, KaShe, Fesfesfes, Jacenvly Store, LISTHA, OAVQHLG3B, ICHUANYI, Awdenio Official Store, Elainilye Fashion, Virmaxy Fashion, llxxyue, Tejiojio, Quaouag with each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

                                              Respectfully submitted,

Dated: December 18, 2025         /s/ Stanley D. Ference III
                                              Stanley D. Ference III
                                              Pa. ID No. 59899

courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff