# Schedule "A"

# Defendants with Store Name and Seller ID

| No. | Defendant / Seller | Account ID |
|---|---|---|
| 4 | Zonewis | A1ZTHYRTI90TNR |
| 10 | Xin shao xian ding he shangmao youxian gongsi | AFU07IBVIWY8U |
| 11 | LuxuryWind | A37I2FL963KF5H |
| 12 | MussMoo | A2V2EPE6TKA06U |
| 13 | SUUTFBWV | A5C5GO8Q5J5YU |
| 14 | Nancyioio | AIZA97V6S9GOM |
| 15 | XiaoPingHuiJing | ANIAT2QGN674E |
| 19 | Holiday Deals Up to 50% off-Yun | A1GL8UED9ZAUY5 |
| 20 | BAWEIEI Spring&Summer Costumes | ABHIVU6DPT3QU |
| 23 | Dengd332 | A35W7CKR7KU4BN |
| 27 | HPJKLYTR-7-10Days Delivery | A3TL3GWMHM8N91 |
| 28 | Mixfom | AN1K17OPBFLM |
| 31 | LEPQSCD | A3FSTMC2JEQINU |
| 39 | QITOHK | A15GWVGJLUND7U |
| 47 | Woot Deals of the JIANXHD | A26JEUKM6N4JB9 |
| 48 | Lightning Deals of Today Prime 2025  Alyaya | A4YQRWZZX662C |
| 53 | Geleglaer | A1ITOBBTTXSVHV |
| 59 | Lightning Deals of Today 2025 SEHUIHUI | A2D0WH65ER2L14 |
| 61 | YUENCH Online | A36FBKRK2QWVKJ |
| 62 | BDPORKAS Clearance Sale 6-12 day | A14MWDWP446PBP |
| 64 | KunLaiMaoYi | A2CEKRZNKVW32B |
| 65 | WAYEHA | A29OA2PPOPB6QS |
| 68 | CEGLAN | A2KU8SZSV3N3P0 |

| 69 | chenjuqin us | A2XOZREDXRU63U |
|---|---|---|
| 74 | JJHAEVDY | A15WAIW2JLJWLK |
| 75 | MINGshang | AMNO7SSIZMP75 |
| 76 | JXQCWY-US Clearance Sale | AWF6ROUUIFFL7 |
| 77 | CONGBEW | A18JCEGNV6QRI0 |
| 79 | KisnUXH | AUZSJCM2JT6Q7 |
| 81 | kebulear | ATS7QG2DNAHDZ |
| 82 | namayuj | A3RYMEVQ5UVJ82 |
| 83 | Ymperjum | A1O6T5PJF2CG71 |
| 84 | BAKREP-US | A22HG56PFCCTHK |
| 86 | E09sHi | AL8IJ6YD2D7UC |
| 87 | TingM(US Store) | AGPR31DYLLD2Y |
| 88 | AMEGASOON | AH9OV45DU8MZE |
| 99 | dihao | 101568617; 10001587967 |
| 107 | UTTOASFAY | 101212698; 10001232059 |
| 108 | FH Store | 101133048; 10001152409 |
| 114 | Kayannuo Store | 101218043; 10001237403 |
| 116 | YongZuYong | 102510125; 10002529487 |
| 117 | Brilliant | 101247833; 10001267193 |
| 121 | WQJNWEQ (USA) | 101268030; 10001287390 |
| 122 | ROBOTS | 101279646; 10001299006 |
| 125 | Puntoco Clearance | 101132509; 10001151870 |
| 130 | NaRHbrg | 101137490; 10001156851 |
| 136 | Botrong | 101249909; 10001269269 |
| 145 | Edvintorg | 101282297; 10001301657 |
| 146 | QZWL STORE | 102490038; 10002509395 |

| | | |
|---|---|---|
| 158 | Kmxyo | 101266839; 10001286199 |
| 161 | Jmntiy | 101260243; 10001279603 |
| 166 | Give Me Five | 101182909; 10001202270 |
| 168 | XEDZYT Clothing | 101365789; 10001385147 |
| 169 | GWAABD Clothing | 101328979; 10001348337 |
| 172 | dmqupv | 101183690; 10001203051 |
| 173 | Afunyo | 101566671; 10001586028 |
| 177 | TUWABEII | 101492302; 10001511652 |
| 178 | Levmjia | 101259960; 10001279320 |
| 186 | Augper | 101447578; 10001466930 |
| 187 | Kupretry Inc. | 101230477; 10001249837 |
| 194 | KIHOUT | 101274253; 10001293613 |